IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SCF, INC., *et. al.*

           Plaintiffs,

  v.

BRUCE L. LEBEN,

           Defendant.

ORDER

15-cv-497-wmc

---

On June 15, 2016, the court held a telephonic hearing on plaintiffs' motion to compel discovery (dkt. 13) and defendant's motion to stay discovery (dkt. 16). After discussing the parties' concerns, the court granted both motions in substantive part, in the manner and for the reasons stated during the hearing. As a result,

IT IS ORDERED that:

(1) Defendant must provide all discovery requested by plaintiff and specified in the bullet points of plaintiffs' discovery motion, *see* dkt. 13 at 3-4.

(2) Defendant's deadline to provide all of this discovery is not later than seven calendar days after the court rules on defendant's pending motion to dismiss (dkt. 9). Defendant must begin gathering the requested information forthwith so that it can be provided in a timely fashion.

(3) The parties promptly shall submit a proposed protective order to ensure that confidential information disclosed during discovery in this lawsuit is handled properly.

(4) The June 17, 2016 and July 18, 2016 expert disclosure deadlines are stricken. All other dates in the schedule remain in place at this time.

(5) Plaintiffs' request for cost shifting under Rule 37(a)(5) is denied without prejudice to reconsideration as this case progresses.

Entered this 15th day of June, 2016.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge